# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CHRISTOPHER A. BEHRENS,** | |
| **Plaintiff,** | **8:23CV50** |
| vs. | **ORDER** |
| **UNION PACIFIC RAILROAD COMPANY,** a Delaware corporation; | |
| **Defendant.** | |

Pursuant to the notice of settlement (Filing No. 51) filed by counsel for the parties,

**IT IS ORDERED:**

1. On or before **July 17, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 17th day of June, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge