IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER A. BEHRENS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>　　　　　Defendant. | **8:23CV50**<br><br>**ORDER OF DISMISSAL** |

　　　This matter comes before the Court on the parties' Joint Stipulation of Dismissal of Plaintiff's Complaint with Prejudice (Filing No. 53). The Court, being advised in the premises, finds that such an Order is proper.

　　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice.

　　　Dated this 24th day of June, 2024.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　Senior United States District Judge